Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Terry Keith CASE
_____

*Your full name*

STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

v.

R.M. Wolfe Warden
FCI - Gilmer
_____

Civil Action No.: 5:22cv159
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Prince

FILED

JUN 2 3 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

*Enter above the full name of defendant(s) in this action*

I. **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. **PARTIES**

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your Name: Terry Keith CASE
          Inmate No.: 20995-074
          Address: P.O. Box 6000 Glenville, WV 26351-6000

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.    Name of Defendant: R.M. Wolfe

Attachment A

Position: **Warden**
Place of Employment: **BOP FCI - Gilmer**
Address: **201 FCI LN. Glenville, WV 26351**

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: **Warden Wolfe's lack of supervision for the processing of Complaint request for Administrative Remedy Program hinders my Due-Process Clause Rights.**

B.1  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

B.2  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.3   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.4   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

Attachment A

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____

---

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: *FCI-Gilmer*

A.   Is this where the events concerning your complaint took place?
☑ Yes   ☐ No

If you answered "NO," where did the events occur?
_____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

D.   If your answer is "NO," explain why not _____

**Attachment A**

_____
_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _written BP-148 NO response from staff_
LEVEL 2 _E-mail request to unit-team No response._
LEVEL 3 _Filed BP-9 and E-mail to Warden NO response._

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

   A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☒ No

   B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

      1. Parties to this previous lawsuit:

         Plaintiff(s):_____

         Defendant(s):_____

      2. Court:_____
         *(If federal court, name the district; if state court, name the county)*

      3. Case Number:_____

      4. Basic Claim Made/Issues Raised: _____
_____

      5. Name of Judge(s) to whom case was assigned: _____

**Attachment A**

    6.    Disposition: _____
                *(For example, was the case dismissed? Appealed? Pending?)*

    7.    Approximate date of filing lawsuit:_____

    8.    Approximate date of disposition. **ATTACH COPIES**

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?    ☐ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____

E.    Did you exhaust available administrative remedies?    ☐ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

    Plaintiff(s): Terry Keith CASE
    Defendant(s): John T. Milburn Rogers

2. Name and location of court and docket number:
    Greene County Circuit Court, 101 south Main St, Greeneville, TN 37743  #15CV533

3. Grounds for dismissal: ☐ frivolous   ☐ malicious
    ☐ failure to state a claim upon which relief may be granted
    Defendant passed away.

4. Approximate date of filing lawsuit: 8-28-2020

5. Approximate date of disposition: 4-29-2021

---

V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: 3-8-22 I e-mailed and filed BP-148 to Unit A-team, multiple times requesting Administrative Remedy Process, and BP-9 to Warden, Not a response to any to date.

Supporting Facts: I have Incident report and sanctions on my record that have multiple err and decrepitions. I have never received D.H.O. report for D.H.O. hearing 6-24-21 Incident report ID.# 3516849, Denying my right to appeal sanctions on my Chronologicl Discipilinary record.

**Attachment A**

CLAIM 2: _____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

CLAIM 3: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts:_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts:_____
_____
_____
_____

VI.   <u>INJURY</u>

**Attachment A**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Loss of 40.9 days of good time. 3 points added to my custody level. Management Variable placed on my custody until 1-16-23, By hindering my appeal.

VII. **RELIEF**

State **BRIEFLY and EXACTLY** what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Restore my 40.9 days of good time. Recalculate my Custody level points. Remove Management Variable from my Custody Classification Form. Request for immediate redesignated to low Su Cuscody level Compound.

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  FCI-Gilmer, WV  on  6-16-22 .
   (Location)                              (Date)

Jerry Keith Case
Your Signature